CHARLES WOODSON (SBN 258791)
Law Office of Charles Woodson
725 Washington Street, Ste. 309
Oakland, California 94607
Tel. (510) 302-8780
Fax. (510) 228-0444
cwoodson@cjswlaw.com

Counsel for Defendant
**ESTANISLAO CORVERA**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 23-cr-130-JD-3 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT'S STATUS CONFERENCE** |
| v. | |
| **ESTANISLAO CORVERA**, | Current Hearing Date: 05/12/2025 \| 10:30 a.m. |
| Defendant. | Proposed Hearing Date: 06/30/2025 \| 10:30 a.m. |

IT IS HEREBY STIPULATED, by and between the parties to the above-entitled action, that the status conference for defendant Estanislao Corvera for Monday, May 12, 2025, at 10:30 a.m., be continued to Monday, June 30, 2025 at 10:30 a.m. before the Honorable James Donato, United States District Court Judge.

On April 21, 2025 Mr. Corvera entered Pathway Society's residential treatment program in San Jose, California and is expected to be there for at least 90 days.  The program does not have the ability to transport Mr. Corvera outside of Santa Clara County, it is the request of the parties, including pretrial services, that the matter be continued so that Mr. Corvera does not leave the program so that he can focus on his recovery.  Additionally, defense counsel needs time to meet with Mr. Corvera and an Interpreter to discuss various aspect of the case, including reviewing

1  resolution documents with Mr. Corvera.

2  The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until June 30, 2025, should be excluded, under 18 U.S.C. §3161(h)(7)(A) and (B)(iv), for effective preparation of counsel because the ends of justice served by the granting of the continuance outweigh the best interests of the public and defendant in a speedy and public trial for the reasons described above.

The undersigned counsel certifies that he has obtained approval from counsel for the Assistant United States Attorney to file this stipulation and proposed order.

Dated: May 3, 2025                    /s/ *Charles Woodson*
                                      CHARLES WOODSON
                                      Counsel for Defendant
                                      ESTANISLAO CORVERA

Dated: May 3, 2025                    /s/ *Dan M. Karmel*
                                      DAN M. KARMEL
                                      Assistant United States Attorney

1  **CHARLES WOODSON** (CSBN 258791)
2  Law Office of Charles Woodson
   725 Washington Street, Ste. 309
3  Oakland, California 94607
   Tel. (510) 302-8780
4  Email: cwoodson@cjswlaw.com

5
   Counsel for Defendant
6  **ESTANISLAO CORVERA**

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 **UNITED STATES OF AMERICA**,            Case No. 23-cr-130-JD-3

12      Plaintiff,

13      v.                                  ~~[PROPOSED]~~ **ORDER TO CONTINUE DEFENDANT'S CHANGE OF PLEA HEARING**

14 **ESTANISLAO CORVERA**,

15      Defendant.

16

17      Based upon the facts set forth in the stipulation of the parties and for Good Cause Shown,
18 the Court continues the defendant Estanislao Corvera's change of plea hearing from 10:30 a.m.,
19 on May 12, 2025, to June 30, 2025, at 10:30 a.m. The time to June 30, 2025, is excluded under
20 18 U.S.C. §3161(h)(7)(A) and (B)(iv) for effective preparation of counsel because the ends of
21 justice served by the granting of the continuance outweigh the best interests of the public and
22 defendant in a speedy and public trial.

23      **IT IS SO ORDERED**.

24

25 Dated: May 7, 2025                        _____
                                             Hon. JAMES DONATO,
26                                           UNITED STATES DISTRICT JUDGE

27

28

*United States v. Corvera*, Stipulation and
~~[Proposed]~~ Order, 23-cr-130-JD-3